V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater   (SBN: 303546)
cds820@gmail.com
Emily C. Barbour (SBN: 337185) Of-Counsel
ebarbour@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way Suite 280
Marina Del Rey, California 90292
Telephone: (310) 693-5561
**VJD000142@bohmlaw.com**

Attorneys for Plaintiffs,

ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., individually and as successors in interest to GUILLERMO MEDINA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>        PLAINTIFFS,<br><br>        v.<br><br>CITY OF CULVER CITY; OFFICER ADAM RIOS; POLICE CHIEF MANUEL CID; in his individual, and official capacity and DOES 1-10 inclusive,<br><br>        DEFENDANTS. | Case No.:<br><br>**DECLARATION OF VICTORIA LYNN SILVA PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 377.32** |

1    I, VICTORIA LYNN SILVA, declare as follows:

2        1.    The following is from my personal knowledge and if called to testify,

3    could and would do so competently.

4        2.    I am personally familiar with all the facts and events involved in this

5    matter, and I am competent to testify to the matters stated herein.

6        3.    Guillermo Medina died intestate on December 18, 2022, in Culver

7    City, California.

8        4.    I am the biological daughter of Adriana Christine Medina and have

9    been in a parent-child relationship with decedent Guillermo Medina as my father

10   since December 2010. Accordingly, I am the successor in interest to decedent

11   Guillermo Medina and succeed to the decedent's interest in the above-entitled

12   action.

13       5.    No proceeding is now pending in California for administration of the

14   decedent's estate.

15       6. The Coroner's findings of death for Guillermo Medina is attached hereto

16   as Exhibit "A" and incorporated herein by reference.

17

18       I declare under penalty of perjury under the laws of the United States of

19   America and the State of California that the foregoing is true and correct.

20

21       This Declaration was executed on this 31st day of January 2023, in Los

22   Angeles, California.

23

24   _____

25                    VICTORIA LYNN SILVA

26

27

28

2

**DECLARATION OF VICTORIA LYNN SILVA PURSUANT TO CODE OF CIVIL PROCEDURE**
**SECTION 377.32**

*Medina, et al. v. City of Culver City, et al.*                    V. James DeSimone, Esq.
Case No.:                                                          Carmen D. Sabater, Esq.
                                                                   Emily C. Barbour, Esq.

# Exhibit A

COUNTY OF LOS ANGELES
DEPARTMENT OF
MEDICAL EXAMINER-CORONER

| **19** | STATE OF CALIFORNIA<br>COUNTY OF LOS ANGELES<br>IN THE MATTER OF THE DEATH OF | CC#2022-13173<br><br>Medina, Guillermo De Jesus |
|---|---|---|

The Medical Examiner- Coroner of the County of Los Angeles Certifies:

That on the 30th day of December, 2022, in accordance with the law, he inquired into the circumstances surrounding the death of the above-mentioned person, caused an examination and identification to be made of the body and found that the deceased was named:

Guillermo De Jesus Medina

a MALE ☒, age about 39 years; that HE☒ came to HIS ☒ death on the 18th day of December, 2022 at:

Parking Lot

3846 Cardiff Avenue

Culver City, California 90232

Los Angeles County, California; and that was caused by:

Multiple Gunshot Wounds

Mode: Homicide

Given under my hand this 11th day of January, 2023

By:        Guadalupe Bocanegra

Deputy Coroner, Please Print

Signature, Please Sign

Revised
07/19

This is a true certified copy of the record
if it bears the seal of the Department of
Medical Examiner - Coroner
imprinted in purple ink.

INTERIM CHIEF MEDICAL EXAMINER - CORONER
DEPARTMENT OF MEDICAL EXAMINER - CORONER
LOS ANGELES COUNTY, CALIFORNIA