V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
Carmen D. Sabater   (SBN: 303546)
cds820@gmail.com
Emily C. Barbour (SBN: 337185) Of-Counsel
ebarbour@bohmlaw.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way Suite 280
Marina Del Rey, California 90292
Telephone: (310) 693-5561
**VJD000142@bohmlaw.com**

Attorneys for Plaintiffs,

ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., individually and as successors in interest to GUILLERMO MEDINA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their, Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>   PLAINTIFFS,<br><br>   v.<br><br>CITY OF CULVER CITY; OFFICER ADAM RIOS; POLICE CHIEF MANUEL CID; in his individual, and official capacity and DOES 1-10 inclusive,<br><br>   DEFENDANTS. | Case No.:<br><br>**DECLARATION OF ADRIANA CHRISTINE MEDINA PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 377.32** |

DECLARATION OF ADRIANA CHRISTINE MEDINA PURSUANT TO CODE OF CIVIL PROCEDURE
SECTION 377.32

*Medina, et al. v. City of Culver City, et al.*                V. James DeSimone, Esq.
Case No.:                                                    Carmen D. Sabater, Esq.
                                                             Emily C. Barbour, Esq.

I, Adriana Christine Medina, declare as follows:

1.      The following is from my personal knowledge and if called to testify, could and would do so competently.

2.      I am personally familiar with all the facts and events involved in this matter, and I am competent to testify to the matters stated herein. Guillermo Medina died intestate on December 18, 2022, in Culver City, California.

3.      I am the wife of decedent Guillermo Medina. Accordingly, I am the successor in interest to decedent Guillermo Medina and succeed to the decedent's interest in the above-entitled action.

4.      Minor Plaintiff, J.G.M. is my biological son with decedent Guillermo Medina. Accordingly, J.G.M. is the successor in interest to decedent Guillermo Medina and succeeds to the decedent's interest in the above-entitled action.

5.      Minor Plaintiff, A.G.S. is my biological son and has been in a parent-child relationship with decedent Guillermo Medina as his father since December 2010. Accordingly, A.G.S. is the successor in interest to decedent Guillermo Medina and succeeds to the decedent's interest in the above-entitled action.

6.      No proceeding is now pending in California for administration of the decedent's estate.

7. The Coroner's findings of death for Guillermo Medina is attached hereto as Exhibit "A" and incorporated herein by reference.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.


This Declaration was executed on this 31st day of January 2023, in Los Angeles, California.

_Adriana Medina_
ADRIANA CHRISTINE MEDINA

2

**DECLARATION OF ADRIANA CHRISTINE MEDINA PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 377.32**

*Medina, et al. v. City of Culver City, et al.*
Case No.:

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.
Emily C. Barbour, Esq.

# Exhibit A

COUNTY OF LOS ANGELES
DEPARTMENT OF
MEDICAL EXAMINER-CORONER

# 19

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
IN THE MATTER OF THE DEATH OF

CC#2022-13173

Medina, Guillermo De Jesus

The Medical Examiner- Coroner of the County of Los Angeles Certifies:

That on the 30th day of December, 2022, in accordance with the law, he inquired into the circumstances surrounding the death of the above-mentioned person, caused an examination and identification to be made of the body and found that the deceased was named:

Guillermo De Jesus Medina

a MALE ☒, age about 39 years; that HE☒ came to HIS ☒ death on the 18th day of December, 2022 at:

Parking Lot

3846 Cardiff Avenue

Culver City, California 90232

Los Angeles County, California; and that was caused by:

Multiple Gunshot Wounds

Mode: Homicide

Given under my hand this 11th day of January, 2023

By:        Guadalupe Bocanegra

Deputy Coroner, Please Print

Signature, Please Sign

Revised
07/19

This is a true certified copy of the record
if it bears the seal of the Department of
Medical Examiner - Coroner
imprinted in purple ink.

INTERIM CHIEF MEDICAL EXAMINER - CORONER
DEPARTMENT OF MEDICAL EXAMINER - CORONER
LOS ANGELES COUNTY, CALIFORNIA