**STEVEN J. ROTHANS – State Bar No. 106579**
**JONATHAN D. REDFORD – State Bar No. 230389**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**srothans@crdlaw.com; jredford@crdlaw.com**

Attorneys for Defendants CITY OF CULVER CITY, a public entity, and
    CHIEF MANUEL CID and OFFICER ADAM RIOS, public employees

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA; | Case No. 2:23-cv-00704-ODW(ASx) **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Plaintiffs, | |
| vs. | |
| CITY OF CULVER CITY; OFFICER ADAM RIOS; POLICE CHIEF MANUEL CID; in his individual, and official capacity and DOES 1-10 inclusive, | |
| Defendants. | |

COME NOW Defendants CITY OF CULVER CITY, a public entity, and CHIEF MANUEL CID and OFFICER ADAM RIOS, public employees, and hereby submit the following Answer to Plaintiffs ADRIAN CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M. and A.G.S' First Amended Complaint for Damages:

## ADMISSIONS AND DENIALS

1.     In response to paragraph 1 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

2.     In response to paragraph 2 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

3.     In response to paragraph 3 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, except for the allegation that Officer Rios was an employee of the City of Culver City and the allegation regarding the findings of the Coroner's Office.

4.     In response to paragraph 4 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

5.     In response to paragraph 5 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

6.     In response to paragraph 6 of the First Amended Complaint for Damages, Defendants admit the allegations therein.

7.     In response to paragraph 7 of the First Amended Complaint for Damages, Defendants admit the allegations therein other than the allegation regarding "unlawful actions."

8.     In response to paragraph 8 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

///

9.      In response to paragraph 9 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

10.      In response to paragraph 10 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

11.      In response to paragraph 11 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

12.      In response to paragraph 12 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

13.      In response to paragraph 13 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

///
///
///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

14.    In response to paragraph 14 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

15.    In response to paragraph 15 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

16.    In response to paragraph 16 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

17.    In response to paragraph 17 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

18.    In response to paragraph 18 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

///
///
///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

19.   In response to paragraph 19 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

20.   In response to paragraph 20 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

21.   In response to paragraph 21 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

22.   In response to paragraph 22 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

23.   In response to paragraph 23 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

24.   In response to paragraph 24 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

///

25.     In response to paragraph 25 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

26.     In response to paragraph 26 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

27.     In response to paragraph 27 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

28.     In response to paragraph 28 of the First Amended Complaint for Damages, Defendants admit the allegations therein.

29.     In response to paragraph 29 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

30.     In response to paragraph 30 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

31.     In response to paragraph 31 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

32.     In response to paragraph 32 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

33.     In response to paragraph 33 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

34. In response to paragraph 34 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

35. In response to paragraph 35 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

36. In response to paragraph 36 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

37. In response to paragraph 37 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

38. In response to paragraph 38 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

39. In response to paragraph 39 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

40. In response to paragraph 40 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

41. In response to paragraph 41 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

42.    In response to paragraph 42 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

43.    In response to paragraph 43 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

44.    In response to paragraph 44 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

45.    In response to paragraph 45 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

46.    In response to paragraph 46 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

47.    In response to paragraph 47 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

48.    In response to paragraph 48 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

49.    In response to paragraph 49 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

50.    In response to paragraph 50 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

51.     In response to paragraph 51 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

52.     In response to paragraph 52 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

53.     In response to paragraph 53 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

54.     In response to paragraph 54 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

55.     In response to paragraph 55 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

56.     In response to paragraph 56 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

57.    In response to paragraph 57 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

58.    In response to paragraph 58 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 57 of the First Amended Complaint for Damages as though fully set forth herein.

59.    In response to paragraph 59 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

60.    In response to paragraph 60 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

61.    In response to paragraph 61 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

62.    In response to paragraph 62 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

63.    In response to paragraph 63 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

64.    In response to paragraph 64 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

65.    In response to paragraph 65 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

66.    In response to paragraph 66 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

67.    In response to paragraph 67 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

68.    In response to paragraph 68 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

69.    In response to paragraph 69 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

70.    In response to paragraph 70 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

71.    In response to paragraph 71 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 70 of the First Amended Complaint for Damages as though fully set forth herein.

72.    In response to paragraph 72 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

73.     In response to paragraph 73 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

74.     In response to paragraph 74 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

75.     In response to paragraph 75 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

76.     In response to paragraph 76 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

77.     In response to paragraph 77 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

78.     In response to paragraph 78 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

79.     In response to paragraph 79 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

80.     In response to paragraph 80 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

81.     In response to paragraph 81 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

82.     In response to paragraph 82 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

83.     In response to paragraph 83 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

84.     In response to paragraph 84 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 83 of the First Amended Complaint for Damages as though fully set forth herein.

85.     In response to paragraph 85 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

86.     In response to paragraph 86 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

87.     In response to paragraph 87 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

88.     In response to paragraph 88 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

89.     In response to paragraph 89 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

90.     In response to paragraph 90 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

91.     In response to paragraph 91 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

92.     In response to paragraph 92 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

93.     In response to paragraph 93 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

94.     In response to paragraph 94 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 93 of the First Amended Complaint for Damages as though fully set forth herein.

95.     In response to paragraph 95 of the First Amended Complaint for Damages, Defendants admit the allegations therein.

96.     In response to paragraph 96 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

97.     In response to paragraph 97 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

98.     In response to paragraph 98 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

99.     In response to paragraph 99 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

100.   In response to paragraph 100 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

101.   In response to paragraph 101 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

102.   In response to paragraph 102 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

103.   In response to paragraph 103 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 102 of the First Amended Complaint for Damages as though fully set forth herein.

104.   In response to paragraph 104 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

105.   In response to paragraph 105 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

106.   In response to paragraph 106 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

107.   In response to paragraph 107 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

108.   In response to paragraph 108 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

109.   In response to paragraph 109 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

110.   In response to paragraph 110 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

111.   In response to paragraph 111 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

112.   In response to paragraph 112 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 111 of the First Amended Complaint for Damages as though fully set forth herein.

113.   In response to paragraph 113 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

114.   In response to paragraph 114 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

115.   In response to paragraph 115 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

116.   In response to paragraph 116 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

117.  In response to paragraph 117 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

118.  In response to paragraph 118 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

119.  In response to paragraph 119 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

120.  In response to paragraph 120 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

121.  In response to paragraph 121 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

122.  In response to paragraph 122 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

123.  In response to paragraph 123 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

124.   In response to paragraph 124 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

125.   In response to paragraph 125 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

126.   In response to paragraph 126 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

127.   In response to paragraph 127 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

128.   In response to paragraph 128 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

129.   In response to paragraph 129 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

130.   In response to paragraph 130 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

131.   In response to paragraph 131 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

132.   In response to paragraph 132 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

133.   In response to paragraph 133 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

134.   In response to paragraph 134 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 133 of the First Amended Complaint for Damages as though fully set forth herein.

135.   In response to paragraph 135 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

136.   In response to paragraph 136 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

137.   In response to paragraph 137 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

138.   In response to paragraph 138 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

139. In response to paragraph 139 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///

///

///

140.   In response to paragraph 140 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 139 of the First Amended Complaint for Damages as though fully set forth herein.

141.   In response to paragraph 141 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

142.   In response to paragraph 142 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

143.   In response to paragraph 143 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

144.   In response to paragraph 144 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

145.   In response to paragraph 145 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

146.   In response to paragraph 146 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

147.   In response to paragraph 147 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

///
///
///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1    148.   In response to paragraph 148 of the First Amended Complaint for
2  Damages, Defendants repeat and re-allege each and every response to paragraphs 1
3  through 147 of the First Amended Complaint for Damages as though fully set forth
4  herein.

5    149.   In response to paragraph 149 of the First Amended Complaint for
6  Damages, Defendants generally and specifically deny each and every allegation
7  therein, and the whole thereof.

8    150.   In response to paragraph 150 of the First Amended Complaint for
9  Damages, Defendants generally and specifically deny each and every allegation
10  therein, and the whole thereof.

11    151.   In response to paragraph 151 of the First Amended Complaint for
12  Damages, Defendants generally and specifically deny each and every allegation
13  therein, and the whole thereof.

14    152.   In response to paragraph 152 of the First Amended Complaint for
15  Damages, Defendants generally and specifically deny each and every allegation
16  therein, and the whole thereof.

17    153.   In response to paragraph 153 of the First Amended Complaint for
18  Damages, Defendants generally and specifically deny each and every allegation
19  therein, and the whole thereof.

20    154.   In response to paragraph 154 of the First Amended Complaint for
21  Damages, Defendants generally and specifically deny each and every allegation
22  therein, and the whole thereof.

23    155.   In response to paragraph 155 of the First Amended Complaint for
24  Damages, Defendants generally and specifically deny each and every allegation
25  therein, and the whole thereof.
26  ///
27  ///
28  ///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

156.   In response to paragraph 156 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 155 of the First Amended Complaint for Damages as though fully set forth herein.

157.   In response to paragraph 157 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

158.   In response to paragraph 158 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

159.   In response to paragraph 159 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

160.   In response to paragraph 160 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

161.   In response to paragraph 161 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

162.   In response to paragraph 162 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

163.   In response to paragraph 163 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

164.   In response to paragraph 164 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

165.  In response to paragraph 165 of the First Amended Complaint for Damages, Defendants repeat and re-allege each and every response to paragraphs 1 through 164 of the First Amended Complaint for Damages as though fully set forth herein.

166.  In response to paragraph 166 of the First Amended Complaint for Damages, Defendants lack knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the First Amended Complaint for Damages.  As such, Defendants generally and specifically deny said allegations, and the whole thereof.

167.  In response to paragraph 167 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

168.  In response to paragraph 168 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

169.  In response to paragraph 169 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

170.  In response to paragraph 170 of the First Amended Complaint for Damages, Defendants generally and specifically deny each and every allegation therein, and the whole thereof.

## **AFFIRMATIVE DEFENSES**

171.  As a first affirmative defense, Defendants assert that the Plaintiffs' First Amended Complaint for Damages, as a whole, fails to state facts sufficient to state claim(s) upon which relief can be granted as against these Defendants.

172.  As a second affirmative defense, Defendants assert that this action is barred by the First, Second, Fourth, Eighth, and Fourteenth Amendments to the

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

United States Constitution.

173. As a third affirmative defense, Defendants assert that the First Amended Complaint for Damages, or any purported claim or cause of action alleged therein, is barred by the applicable statute of limitations.

174. As a fourth affirmative defense, Defendants assert that the First Amended Complaint for Damages fails to state a civil rights claim against these Defendants under 42 U.S.C. §§ 1983 [under any legal theory], including but not limited to violations of the First, Second, Fourth, Eighth and Fourteenth Amendments to the United States Constitution.

175. As a fifth affirmative defense, Defendants assert that any damages which resulted to the decedent and/or Plaintiffs were caused by second parties whose acts were superseding and intervening to any cause relating to these Defendants.

176. As a sixth affirmative defense, Defendants assert that any recovery on the Plaintiffs' First Amended Complaint for Damages, or any purported claim or cause of action alleged therein, is barred in whole or in part by the Plaintiffs' failure to mitigate their damages.

177. As a seventh affirmative defense, Defendants assert that any and all of the searches and/or seizures referred to in the First Amended Complaint for Damages were conducted in good faith and in a reasonable manner and/or with the consent of the decedent.

178. As an eighth affirmative defense, Defendants assert that at no time did any individual defendant or any employee of the City of Culver City act with the purpose or intent of violating the civil rights of the decedent and/or Plaintiffs.

179. As a ninth affirmative defense, Defendants assert that Plaintiffs have failed to raise sufficient factual allegations of malice, oppression or fraud in order to justify an award or imposition of punitive damages against the individual defendants pursuant to the provisions of California Civil Code § 3294, the Federal Rules of Civil Procedure, and 42 U.S.C. §§ 1983 and 1988.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

180.   As a tenth affirmative defense, Defendants assert that the acts complained of by Plaintiffs were provoked by decedent's unlawful and wrongful conduct in that he willfully, maliciously, wrongfully and unlawfully interfered with the peace officer defendants' lawful orders and purposely resisted the lawful orders that were given to him.

181.   As an eleventh affirmative defense, Defendants assert that at all times mentioned in the Plaintiffs' First Amended Complaint for Damages, the individual peace officer defendants are entitled to qualified immunity in that the officers acted reasonably and with a good faith belief that they were acting lawfully and as objectively reasonable police officers under all appropriate state and federal laws.

182.   As a twelfth affirmative defense, Defendants assert that at all times relevant to this litigation, the decedent engaged in provocative acts, conduct and/or words such that the conduct of the subject peace officers in attempting to investigate and/or detain the decedent was reasonable, necessary and lawful.

183.   As a thirteenth affirmative defense, Defendants assert that at no time relevant to this litigation were the decedent and/or Plaintiffs deprived of life, liberty or property, thereby depriving the Plaintiffs from maintaining their claims or causes of action for deprivation of civil rights under federal and/or state law.

189.   As a fourteenth affirmative defense, Plaintiffs' First Amended Complaint for Damages is barred by the equitable doctrine of estoppel, laches and unclean hands based on the conduct and behavior of decedent that led to the subject incident that form the basis for this lawsuit.

190.   As a fifteenth affirmative defense, Defendants assert that the decedent and/or Plaintiffs did not suffer any damage and/or any reasonably certain damage(s).

191.   As a sixteenth affirmative defense, Defendants assert that decedent and/or Plaintiffs' alleged damages, if any exist, were not proximately caused by the conduct of Defendants, as alleged or otherwise.

///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

192.   As a seventeenth affirmative defense, Defendants assert that any harm suffered by decedent and/or Plaintiffs [which is expressly herein denied] was the direct or proximate result of the conduct or behavior of decedent and others, and not the wrongful or unlawful conduct of Defendants.

193.   As an eighteenth affirmative defense, Defendants assert that Plaintiffs' claims are barred because Plaintiffs lack standing.

194.   As a nineteenth affirmative defense, Defendants assert that Plaintiffs' claims are barred by the doctrine of collateral estoppel and/or res judicata.

195.   As a twentieth affirmative defense, Defendants assert that any actions undertaken by the subject peace officers with regard to decedent were privileged and/or justified under the totality of circumstances.

196.   As a twenty-first affirmative defense, Defendants assert that at all times mentioned in the First Amended Complaint for Damages, the decedent consented to the acts and the conduct of the peace officer employees of the City of Culver City, based upon his conduct and actions in failing to follow the lawful instructions, directions, orders and commands of said peace officers.

197.   As a twenty-second affirmative defense, Defendants assert that at all times mentioned in the First Amended Complaint for Damages, the decedent knowingly, willingly and voluntarily assumed the risks inherent in his conduct and behavior, and appreciated the foreseeability of being injured, when he continued his conduct and actions of refusing to obey the lawful orders of peace officers.  Despite said knowledge and appreciation of the risk of injuries, the decedent voluntarily chose to continue his actions and conduct, which may have resulted in his and/or the Plaintiffs' alleged injuries and damages.

198.   As a twenty-third affirmative defense, Defendants assert that any use of force utilized by the subject peace officers with respect to decedent was undertaken in self-defense and/or in defense of others, as well as in an effort to overcome Plaintiffs' resistance and/or escape from a lawful investigatory detention.

199.   As a twenty-fourth affirmative defense, Defendants assert that at all times relevant to this litigation, the decedent engaged in provocative acts, conduct and/or words such that the conduct of the Defendants relating to the decedent was reasonable, necessary and of a consequential nature.

200.   As a twenty-fifth affirmative defense, Defendants assert that at no time relevant to this litigation was the Due Process Clause of the United States Constitution implicated because the conduct of Defendants was, at most, a mere negligent act of an official causing unintended loss of or injury to life, liberty or property and the Plaintiffs are therefore precluded from maintaining their claims or causes of action for violations of civil rights.

201.   As a twenty-sixth affirmative defense, Defendants assert that decedent and/or Plaintiffs' alleged damages, if any exist, were not proximately caused by any conduct or wrongdoing of Defendants, as alleged or otherwise.

202.   As a twenty-seventh affirmative defense, Defendants assert that Plaintiffs' claims are barred, in whole or in part, by the doctrines of comparative negligence and/or contributory negligence.

203.   As a twenty-eighth affirmative defense, Defendants assert they are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815, 815.2, 815.4, 815.6, 818, 818.2, 818.4, 818.6, 820, 820.2, 820.4, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 822.2, 830.2, 830.5, 830.6, 835, 835.2, 835.4, 840, 840.2, 840.4, 840.6, 844.6, 845, 845.2, 845.6, 845.8, 846, 855.6, 855.8, 856 and 856.4; Civil Code §§ 43.55 and 47; and Penal Code §§836 and 1389, et seq., among others.

204.   As a twenty-ninth affirmative defense, Defendants assert that at all times relevant to this litigation, the injuries and damages of which the Plaintiffs complain amount to nothing more than a tort which the State of California protects against by virtue of its tort laws thereby precluding the Plaintiffs from maintaining any causes of

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

action including, but not limited to, alleged violations of their civil and constitutional rights.

205.    As a thirtieth affirmative defense, Defendants assert that to the extent that Plaintiffs' First Amended Complaint for Damages seeks compensation for state tort claims, those claims and causes of action are barred in that the Plaintiffs have failed to properly comply with the provisions of the California Tort Claims Act in the filing of an appropriate Claim with a public entity prior to the initiation of the lawsuit, pursuant to the provisions of California Government Code §§ 900, 901, 910 and 911.2; furthermore, the Tort Claims submitted do not authorize the state torts set forth in the Complaint for Damages.

206.    As a thirty-first affirmative defense, Defendants assert that each of Plaintiffs' state law tort claims proffered in the First Amended Complaint for Damages improperly based on factual circumstances not referenced in Plaintiffs' governmental Tort Claims are barred as a matter of law pursuant to the California Tort Claims Act and the holding in Fall River Joint Unified School Dist. v. Superior Court, 206 Cal.App.3d 431 (1988).

207.    As a thirty-second affirmative defense, Defendants assert that the decedent posed a significant threat of great bodily injury and/or death to the peace officers and others, and thus the use of deadly force by the subject peace officers under the circumstances was justified, privileged and lawful.

208.    These Defendants reserve the right to amend this Answer to include additional affirmative defenses that may become known.

///
///
///
///
///
///

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

1         WHEREFORE, these Defendants pray as follows:

2         1.    That the Plaintiffs take nothing by way of their First Amended

3   Complaint for Damages.

4         2.    That these Defendants recover the costs of suit incurred herein.

5         3.    That these Defendants recover their reasonable attorney's fees incurred

6   herein.

7         4.    That the Court award such other and further relief as it deems just and

8   proper.

9

10  DATED:  May 4, 2023          CARPENTER, ROTHANS & DUMONT LLP

11

12                    By:  */s/ Jonathan D. Redford*

13                       STEVEN J. ROTHANS

                     JONATHAN D. REDFORD

14                       Attorneys for Defendants CITY OF

                     CULVER CITY, a public entity, and

15                       CHIEF MANUEL CID and OFFICER ADAM

16                       RIOS, public employees

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pursuant to Local Rule 38-1, Defendants CITY OF CULVER CITY, CHIEF MANUEL CID and OFFICER ADAM RIOS hereby demand a jury trial as provided in Rule 38(b) of the Federal Rules of Civil Procedure.

DATED:  May 4, 2023             CARPENTER, ROTHANS & DUMONT LLP

By: __/s/ Jonathan D. Redford_____
STEVEN J. ROTHANS
JONATHAN D. REDFORD
Attorneys for Defendants CITY OF
CULVER CITY, a public entity, and
CHIEF MANUEL CID and OFFICER ADAM
RIOS, public employees

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT