**STEVEN J. ROTHANS – State Bar No. 106579**
**JONATHAN D. REDFORD – State Bar No. 230389**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**srothans@crdlaw.com; jredford@crdlaw.com**

Attorneys for Defendants CITY OF CULVER CITY, a public entity, and
  CHIEF MANUEL CID and OFFICER ADAM RIOS, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF CULVER CITY; OFFICER ADAM RIOS; POLICE CHIEF MANUEL CID; in his individual, and official capacity and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00704-ODW(ASx)<br><br>**NOTICE OF INTERESTED PARTIES** |

　　　　PLEASE TAKE NOTICE that the undersigned, counsel for Defendants CITY OF CULVER CITY, a public entity, and CHIEF MANUEL CID and OFFICER ADAM RIOS, public employees, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate any possible disqualifications or recusals:

| | | |
|---|---|---|
| 1 | Plaintiffs: | ADRIANA CHRISTINE MEDINA, VICTORIA LYNN |
| 2 | | SILVA, J.G.M. and A.G.S. |
| 3 | Plaintiffs' Counsel: | V. JAMES DESIMONE, CARMEN D. SABATER and |
| 4 | | EMILY C. BARBOUR of V. JAMES DESIMONE LAW, |
| 5 | | 13160 Mindano Way, Suite 280, Marina Del Rey, CA |
| 6 | | 90292;  DALE K. GALIPO and RENEE V. |
| 7 | | MASONGSONG of LAW OFFICES OF DALE K. |
| 8 | | GALIPO, 21800 Burbank Boulevard, Suite 310, Woodland |
| 9 | | Hills, CA 91367 |
| 10 | | |
| 11 | Defendant: | CITY OF CULVER CITY, a public entity |
| 12 | Defense Counsel: | STEVEN J. ROTHANS and JONATHAN D. REDFORD, |
| 13 | | of the law firm of CARPENTER, ROTHANS & DUMONT |
| 14 | | LLP, 500 South Grand Avenue, 19th Floor, Los Angeles, |
| 15 | | California 90071 |
| 16 | | |
| 17 | Defendant: | CHIEF MANUEL CID, a public employee |
| 18 | Defense Counsel: | STEVEN J. ROTHANS and JONATHAN D. REDFORD, |
| 19 | | of the law firm of CARPENTER, ROTHANS & DUMONT |
| 20 | | LLP, 500 South Grand Avenue, 19th Floor, Los Angeles, |
| 21 | | California 90071 |
| 22 | | |
| 23 | Defendant: | OFFICER ADAM RIOS, a public employee |
| 24 | Defense Counsel: | STEVEN J. ROTHANS and JONATHAN D. REDFORD, |
| 25 | | of the law firm of CARPENTER, ROTHANS & DUMONT |
| 26 | | LLP, 500 South Grand Avenue, 19th Floor, Los Angeles, |
| 27 | | California 90071 |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: May 4, 2023 | CARPENTER, ROTHANS & DUMONT LLP |
| 2 | | |
| 3 | | By:   */s/ Jonathan D. Redford* |
| 4 | | STEVEN J. ROTHANS |
| | | JONATHAN D. REDFORD |
| 5 | | Attorneys for Defendants CITY OF CULVER CITY, a public entity, and |
| 6 | | CHIEF MANUEL CID and OFFICER ADAM |
| 7 | | RIOS, public employees |