FILED
CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge WESLEY L. HSU | ORDER OF THE CHIEF JUDGE<br><br>**23-057** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Otis D. Wright II to the calendar of Judge Wesley L. Hsu:

| | |
|---|---|
| 2:22-cv-04064-ODW-MAAx | Hugo De Anda v. Ford Motor Company, Inc. et al |
| 2:22-cv-04119-ODW-AFMx | United States Securities and Exchange Commission v. Western International Securities, Inc. et al |
| 2:22-cv-05990-ODW-AGRx | Liqiang Huang v. Jaddou Ur Mendoza et al |
| 2:22-cv-07146-ODW-PLAx | Azar Hassanali Zadeh v. Merrick Garland et al |
| 2:22-cv-07213-ODW-KES | Jesse M Ortiz v. Commissioner of Social Security |
| 2:22-cv-07292-ODW-JCx | Michele Saywell v. Konica Minolta Business Solutions U.S.A., Inc. |
| 2:22-cv-07470-ODW-KSx | Jessica Katz v. Ascential, Inc. et al |
| 2:22-cv-09366-ODW-PLAx | Sandy Asad v. Dicks Sporting Goods, Inc. |
| 2:23-cv-00559-ODW-AGRx | Horacio Cruz Amaya v. L.A. Martinez |
| 2:23-cv-00645-ODW-AFMx | Evan Harris v. FedEx Corporation et al |
| 2:23-cv-00704-ODW-ASx | Adriana Christine Medina et al v. City of Culver City et al |
| 2:23-cv-01680-ODW-AGRx | United African-Asian Abilities Club et al v. Westland Properties Six LLC et al |
| 2:23-cv-02776-ODW-SKx | Huo Yanwei v. Ur M. Jaddou et al |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                                          2

_____

| 5:22-cv-01497-ODW-JEMx | Martin Huerta v. Highmark, Inc. et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023                                  _____
                                                     Chief Judge Philip S. Gutierrez