Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* Adriana Christine Medina, Victoria Lynn Silva, J.G.M., and A.G.S., individually and as successors in interest to Guillermo Medina

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their, Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**NOTICE OF ERRATA RE: DOCKET NO. 49 – JOINT STIPULATION AND REQUEST TO CONTINUE THE DISCOVERY DATES** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, Adriana Christine Medina, et al., hereby respectfully submit this notice of errata to correct the caption page of the parties' Joint Stipulation and Request to Continue the Discovery Dates (Dkt. No.

49). The Joint Stipulation filed concurrently herewith has been revised with the Honorable Judge Wesley L. Hsu listed as the assigned district judge for this matter on the caption page.

Respectfully submitted,

DATED: February 27, 2024        **LAW OFFICES OF DALE K. GALIPO**

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs