Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their Guardian Ad Litem, Adriana Christine Medina, individually and as successors in interest to Guillermo Medina,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE DISCOVERY DATES** |

COME NOW Plaintiffs ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their, Guardian Ad Litem Adriana Christine Medina, individually and as successors in interest to Guillermo Medina, and Defendants CITY OF CULVER CITY, ADAM RIOS, and MANUEL CID, and hereby stipulate and request that the discovery dates in the above-referenced case be continued as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | 3/22/2024 | 4/29/2024 |
| Initial Expert Disclosures | 4/5/2024 | 5/17/2024 |

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Rebuttal Expert Disclosures | 4/19/2024 | 6/7/2024 |
| Expert Discovery Cutoff | 4/19/2024 | 6/28/2024 |

GOOD CAUSE for this request exists for the following reasons. First, this is the Parties' first request for any continuance. Second, this request will not affect the trial date in this case. Third, the Parties make this request to facilitate a mediation scheduled for March 25, 2024 with Richard Copeland. The Parties were unable to find a mutually available date prior to March 25, 2024 for the mediation. The Parties are hopeful that the mediation will be productive and promote judicial economy, justifying the instant request to continue.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 27, 2024 **CARPENTER, ROTHANS & DUMONT LLP**

By: */s/ Jonathan Redford*
Steve Rothans
Jonathan Redford
Attorneys for Defendants

DATED: February 27, 2024 **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Renee V. Masongsong*[1]
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiffs

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in its content and have authorized the filing.