# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their, Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE THE DISCOVERY DATES** |

[PROPOSED] ORDER

1  Having reviewed the Parties' Joint Stipulation and Request to Continue the
2  Discovery Dates, and GOOD CAUSE having been shown, it is hereby ordered as
3  follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | 3/22/2024 | 4/29/2024 |
| Initial Expert Disclosures | 4/5/2024 | 5/17/2024 |
| Rebuttal Expert Disclosures | 4/19/2024 | 6/7/2024 |
| Expert Discovery Cutoff | 4/19/2024 | 6/28/2024 |

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT

_____

HON. WESLEY L. HSU