# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, VICTORIA LYNN SILVA, J.G.M., and A.G.S., by and through their, Guardian Ad Litem ADRIANA CHRISTINE MEDINA, individually and as successors in interest to GUILLERMO MEDINA;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE THE DISCOVERY DATES [51-1]** |

ORDER

Having reviewed the Parties' Joint Stipulation and Request to Continue the Discovery Dates, and **GOOD CAUSE** having been shown, it is hereby ordered as follows:

| Event | Prior Dates | New Dates |
|---|---|---|
| Fact Discovery Cutoff | 3/22/2024 | 4/29/2024 |
| Initial Expert Disclosures | 4/5/2024 | 5/17/2024 |
| Rebuttal Expert Disclosures | 4/19/2024 | 6/7/2024 |
| Expert Discovery Cutoff | 4/19/2024 | 6/28/2024 |

All other dates in the scheduling order, (Order, Docket No. 43), are unaffected by this order and remain in place.

**IT IS SO ORDERED.**

DATED: March 5, 2024

                                     HON. WESLEY L. HSU
                                     UNITED STATES DISTRICT JUDGE