Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA; VICTORIA LYNN SILVA; J.G.M. and A.G.S., by and through their, Guardian Ad Litem ADRIANA CHRISTINE MEDINA; in each case, individually and as successors in interest to GUILLERMO MEDINA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley J. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE THE DATES PENDING APPROVAL OF A CONDITIONAL SETTLEMENT AS TO ALL PARTIES AND CLAIMS**<br><br>[*Declaration of Renee V. Masongsong; Proposed Order filed concurrently herewith*] |

COME NOW Plaintiffs ADRIANA CHRISTINE MEDINA; VICTORIA LYNN SILVA; J.G.M. and A.G.S., by and through their, guardian ad litem, ADRIANA CHRISTINE MEDINA; in each case individually and as successors in interest to GUILLERMO MEDINA, and Defendants CITY OF CULVER CITY,

ADAM RIOS, and MANUEL CID ("the Parties") and hereby stipulate and request as follows:

1. On March 25, 2024, the Parties participated in a successful mediation with Richard Copeland. Following the mediation, mediator Mr. Copeland proposed a settlement amount. The settlement amount is subject to approval by the appropriate authorities. The Board of Supervisors is scheduled to discuss this proposed settlement amount on May 1, 2024.

2. The Parties are hopeful that the proposed settlement amount will be approved by the appropriate authorities. If the proposed settlement is approved, it would dispose of the case in its entirety.

3. Therefore, GOOD CAUSE exists to continue the dates in this case to allow time for the Board of Supervisors to discuss the proposed settlement, as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | 4/29/2024 | 7/19/2024 |
| Initial Expert Disclosures | 5/17/2024 | 8/16/2024 |
| Rebuttal Expert Disclosures | 6/7/2024 | 9/6/2024 |
| Expert Discovery Cutoff | 6/28/2024 | 9/27/2024 |
| Final Pretrial Conference (Friday at 3:00 p.m.) | 7/26/2024 | 11/15/2024 |
| Trial (Monday at 9:00 a.m.) | 8/13/2024 | 12/9/2024 |

4. Counsel for the Parties have met and conferred regarding the above proposed schedule, and December 9, 2024, is the earliest mutually available proposed new trial date.

5. The Parties respectfully submit that GOOD CAUSE exists to grant the instant request to continue the dates. The continuance will promote judicial economy and efficiency by eliminating the Parties' need to conduct depositions by the current discovery cutoff of April 29, 2024 and retain experts leading up to the current May 17, 2024 initial expert designation date, all of which would be unnecessary if the proposed settlement is approved on May 1, 2024.

6. The Parties previously requested one continuance of the discovery dates in this case (Dkt. No. 51-1), on February 27, 2024. The Parties' previous request to continue the discovery dates was supported by the Parties' good cause statement indicating that the case was set for the March 25, 2024 mediation, and that the Parties were hopeful that the mediation would result in a potential resolution of the case. This Court previously granted the Parties' request to continue the discovery dates. (Dkt. No. 52).

7. This is the Parties' first request to continue the trial date.

8. The Parties shall file a status report by May 8, 2024, or within seven days of the Board's decision regarding the proposed settlement.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 8, 2024         **CARPENTER, ROTHANS & DUMONT LLP**

By: */s/ Scott Carpenter*
Steve Rothans
Scott Carpenter
Attorneys for Defendants

DATED: April 8, 2024          **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiffs