# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA; VICTORIA LYNN SILVA; J.G.M. and A.G.S., by and through their, Guardian Ad Litem, ADRIANA CHRISTINE MEDINA; in each case individually and as successors in interest to GUILLERMO MEDINA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY; ADAM RIOS; MANUEL CID, in his individual, and official capacity; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley J. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST TO CONTINUE THE DATES PENDING APPROVAL OF A CONDITIONAL SETTLEMENT AS TO ALL PARTIES AND CLAIMS** |

[PROPOSED] ORDER

**PROPOSED ORDER**

Having reviewed the Parties' Joint Stipulation to Continue the Dates, and GOOD CAUSE having been shown, it is hereby ordered that the dates are continued as follows:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Fact Discovery Cutoff | 4/29/2024 | 7/19/2024 |
| Initial Expert Disclosures | 5/17/2024 | 8/16/2024 |
| Rebuttal Expert Disclosures | 6/7/2024 | 9/6/2024 |
| Expert Discovery Cutoff | 6/28/2024 | 9/27/2024 |
| Final Pretrial Conference (Friday at 3:00 p.m.) | 7/26/2024 | 11/15/2024 |
| Trial (Monday at 9:00 a.m.) | 8/13/2024 | 12/9/2024 |

The Parties shall file a status report by May 8, 2024, or within seven days of the Board's decision regarding the proposed settlement.

IT IS SO ORDERED.

DATED:                                                     UNITED STATES DISTRICT COURT

_____

HON. WESLEY L. HSU