Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva, and J.G.M., individually and as successors in interest to Guillermo Medina

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>([Proposed Order] *filed concurrently herewith*) |

**TO THE HONORABLE COURT:**

Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva, and J.G.M., by and through his Guardian ad Litem, Adriana Medina, and Defendants City of Culver City, Chief Manuel Cid, and Officer Adam Rios ("the Parties"), hereby provide notice that the settlement of this matter has been approved by Defendant City's relevant decisionmakers. Therefore, the Parties respectfully request that the Court issue an order vacating all remaining dates and deadlines in this matter, including all pretrial dates and the trial date. The Parties also respectfully request that

the Court retain jurisdiction over this action for at least ninety (90) days to: allow time for the minor plaintiff, through his guardian ad litem, to select annuity proposals and file their petition for approval of the compromise of the minor's claims; allow time for this Court to consider the minor's compromise petition; and allow time for the Parties to consummate the terms of the settlement, including payment of the settlement funds and funding of the minor's selected annuity.

Respectfully submitted,

DATED: May 8, 2024      CARPENTER, ROTHANS & DUMONT LLP

By:   s/ Steven J. Rothans
      STEVEN J. ROTHANS
      SCOTT J. CARPENTER
      Attorneys for Defendants CITY OF
      CULVER CITY, a public entity, and
      CHIEF MANUEL CID, and OFFICER
      ADAM RIOS, public employees

DATED: May 8, 2024      LAW OFFICES OF DALE K. GALIPO

By:   s/ Renee V. Masongsong
      Dale K. Galipo
      Renee V. Masongsong[1]
      Attorneys for Plaintiffs

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.