**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CULVER CITY, et al., <br><br> Defendants. | Case No.: 2:23-cv-00704-WLH-AS <br><br> *Assigned to*: <br> Hon. District Judge Wesley L. Hsu <br> Hon. Magistrate Judge Alka Sagar <br><br> **[PROPOSED] ORDER VACATING ALL DATES** |

Having reviewed the Parties' Notice of Settlement and Request to Vacate All Dates in this matter, and GOOD CAUSE appearing therein, it is hereby ordered as follows:

1. All remaining pretrial dates and the trial date are hereby vacated.
2. This Court shall retain jurisdiction over this action for at least ninety (90) days to: allow time for the minor plaintiff, through his guardian ad litem, to select an annuity proposal and file their petition for approval of the compromise of the minor's claims; allow time for this Court to consider the

1 | minor's compromise petition; and allow time for the Parties to consummate
2 | the terms of the settlement, including payment of the settlement funds and
3 | funding of the minor's selected annuity.
4
5 | IT IS SO ORDERED.
6
7 | DATED:                                    UNITED STATES DISTRICT COURT
8
9                                             _____
10                                            HON. WESLEY L. HSU