# EXHIBIT B



# PACIFIC LIFE
## CELEBRATING 150 YEARS

# STRENGTH PERFORMANCE PROTECTION



Recognized as a leader in the financial services industry with more than 150 years of experience, Pacific Life attributes its success to a commitment to long-term stability, growth, and outstanding customer service. This commitment is reflected in our consistently high ratings received from the rating agencies.

## Pacific Life Insurance Company's organization is relatively unique as we are part of a mutual holding company structure.

We are not a publicly traded company; therefore, we do not need to consider performance of a stock price when making decisions.

| Pacific Life Insurance Company and Pacific Life & Annuity Company Ratings | | | |
|---|---|---|---|
| **A.M. Best**<br>**A+** (Superior) | **Standard & Poor's®**<br>**AA–** (Very Strong) | **Fitch Ratings Ltd.**<br>**A+** (Strong) | **Moody's Investors Service**<br>**A1** (Good) |
| Second highest of 16 ratings | Fourth highest of 21 ratings | Fifth highest of 21 ratings | Fifth highest of 21 ratings |
| Ratings range: **A++ to S**<br>(Superior to Suspended) | Ratings range: **AAA to R**<br>(Extremely Strong to Regulatory Action) | Ratings range: **AAA to C**<br>(Exceptionally Strong to Very Weak) | Ratings range: **Aaa to C**<br>(Exceptional to Extremely Poor) |

Ratings as of February 2018. For current ratings, visit www.PacificLife.com/Ratings.

Insurance products are issued by Pacific Life Insurance Company in all states except New York and in New York by Pacific Life & Annuity Company. Product availability and features may vary by state.

**No bank guarantee • Not a deposit • May lose value**
**Not FDIC/NCUA insured • Not insured by any federal government agency**

MUC0155-0218

# WHAT THE RATINGS MEAN

| A.M. Best | | Standard & Poor's | | Fitch | | Moody's | |
|---|---|---|---|---|---|---|---|
| A++ | Superior | AAA | Extremely Strong | AAA | Exceptionally Strong | Aaa | Exceptional |
| **A+** | **Superior** | AA+ | Very Strong | AA+ | Very Strong | Aa1 | Excellent |
| A | Excellent | AA | Very Strong | AA | Very Strong | Aa2 | Excellent |
| A– | Excellent | **AA–** | **Very Strong** | AA– | Very Strong | Aa3 | Excellent |
| | | A+ | Strong | **A+** | **Strong** | **A1** | **Good** |
| | | A | Strong | A | Strong | A2 | Good |
| | | A– | Strong | A– | Strong | A3 | Good |
| B++ | Very Good | BBB+ | Good | BBB+ | Good | Baa1 | Adequate |
| B+ | Very Good | BBB | Good | BBB | Good | Baa2 | Adequate |
| B | Fair | BBB– | Good | BBB– | Good | Baa3 | Adequate |
| B– | Fair | BB+ | Marginal | BB+ | Moderately Weak | Ba1 | Questionable |
| | | BB | Marginal | BB | Moderately Weak | Ba2 | Questionable |
| | | BB– | Marginal | BB– | Moderately Weak | Ba3 | Questionable |
| | | B+ | Weak | B+ | Weak | B1 | Poor |
| | | B | Weak | B | Weak | B2 | Poor |
| | | B– | Weak | B– | Weak | B3 | Poor |
| C++ | Marginal | CCC+ | Very Weak | CCC+ | Very Weak | Caa1 | Very Poor |
| C+ | Marginal | CCC | Very Weak | CCC | Very Weak | Caa2 | Very Poor |
| C | Weak | CCC– | Very Weak | CCC– | Very Weak | Caa3 | Very Poor |
| C– | Weak | CC | Extremely Weak | CC | Very Weak | Ca | Extremely Poor |
| | | | | C | Very Weak | C | Extremely Poor |
| D | Poor | R | Regulatory Action | | | | |
| E | Under Regulatory Supervision | | | | | | |
| F | In Liquidation | | | | | | |
| S | Suspended | | | | | | |

Pacific Life Insurance Company and Pacific Life & Annuity Company ratings as of February 2018 are in bold. Sources: Companies listed. A.M. Best, Standard & Poor's, Fitch Ratings Ltd., and Moody's Investors Service ratings are based on financial strength. These ratings do not apply to the safety or performance of the separate accounts funding Pacific Life's variable products. These ratings reflect the claims-paying ability only and are not a guarantee of future performance.

While ratings can be objective indicators of an insurance company's financial strength and can provide a relative measure to help select among insurance companies, they are not guarantees of the future financial strength and/or claims-paying ability of a company and do not apply to any underlying variable investment options. The broker/dealer or the insurance agency from which an annuity may be purchased and any affiliates of those entities are not affiliated with the rating agencies, are not involved in any rating agency's analysis of insurance companies, and make no representations regarding the quality of the analysis conducted by the rating agencies.

Pacific Life refers to Pacific Life Insurance Company and its affiliates, including Pacific Life & Annuity Company. Insurance products are issued by Pacific Life Insurance Company in all states except New York and in New York by Pacific Life & Annuity Company. Product availability and features may vary by state. Each insurance company is solely responsible for the financial obligations accruing under the products it issues.

MUC0155-0218

Mailing addresses:

Pacific Life Insurance Company
P.O. Box 2378
Omaha, NE 68103-2378
(800) 722-4448

In New York, Pacific Life & Annuity Company
P.O. Box 2829
Omaha, NE 68103-2829
(800) 748-6907


www.PacificLife.com

PACIFIC LIFE
CELEBRATING 150 YEARS

No._____

# Statement of Irrevocable Guarantee

Claimant:_____   Date of Qualified Assignment_____

Pacific LifeCorp (PLC), a stock holding company domiciled in the State of Delaware, hereby states and represents as follows:

*Whereas*, PLC has created Pacific Life & Annuity Services, Inc. (PLASI), a wholly-owned subsidiary domiciled in the State of Colorado, to act as assignee and third-party owner with respect to Qualified Assignments as provided in Section 130(c) of the Internal Revenue Code;

*Whereas*, PLASI has entered into a Qualified Assignment in the above referenced case; and

*Whereas*, PLC guarantees all of the obligations of PLASI, including the above referenced obligation.

*Now, therefore*, PLC states that if PLASI shall fail to make any payment as assumed under said Qualified Assignment, then PLC, by virtue of said guarantee of all of the obligations of PLASI, shall make such payment as and when due.

This statement is executed and signed this _____ day of _____, _____

Pacific LifeCorp

*(signed)* Audrey L. Milfs

Audrey L. Milfs
Vice President and Secretary