Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva, and J.G.M., individually and as successors in interest to Guillermo Medina

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**JOINT RESPONSE TO OSC** |

**TO THE HONORABLE COURT:**

Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva, and J.G.M., by and through his Guardian ad Litem, Adriana Medina, and Defendants City of Culver City, Chief Manuel Cid, and Officer Adam Rios ("the Parties"), hereby respond to this Court's OSC.

On May 8, 2024, the Parties filed a Joint Notice of Settlement (Dkt. 55). On May 9, 2024, this Court set an OSC re: Dismissal for August 9, 2024. Subsequently, on June 14, 2024, Plaintiffs filed an unopposed ex parte application for approval of the compromise of the claims of minor plaintiff J.G.M. ("Petition"). The Parties will

promptly work together to consummate the settlement following this Court's ruling on Plaintiffs' unopposed Petition.

Plaintiffs filed their Petition on an ex parte basis because a delay in funding J.G.M.'s annuity could result in the interest rates expiring, which would result in a financial loss to minor Plaintiff J.G.M. and could require Plaintiffs to file an amended Petition based on new interest rates. Plaintiffs' structured settlement broker has indicated that the interest rates on the annuity plan selected by Adriana Medina as guardian ad litem for J.G.M. shall expire on September 25, 2024. Defendants have indicated that they need 45 days to fund J.G.M.'s annuity and transmit the remaining settlement funds to Plaintiffs and their counsel after this Court's approval of the Petition. Plaintiffs therefore respectfully request and are hopeful to receive a ruling on their Petition by approximately August 9, 2024.

The Parties will file a joint stipulation for dismissal of the case in its entirety within seven days of Defendants funding J.G.M.'s annuity and the remaining settlement funds being transmitted to Plaintiffs and their counsel and clearing the bank.

Respectfully submitted,

DATED: August 2, 2024        CARPENTER, ROTHANS & DUMONT LLP

By: *s/ Steven J. Rothans*
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants CITY OF CULVER CITY, a public entity, and CHIEF MANUEL CID, and OFFICER ADAM RIOS, public employees

//

DATED: August 2, 2024      LAW OFFICES OF DALE K. GALIPO

By: *s/ Renee V. Masongsong*
    Dale K. Galipo
    Renee V. Masongsong[1]
    Attorneys for Plaintiffs

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.