
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs,* Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva, and J.G.M., individually and as successors in interest to Guillermo Medina

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF CULVER CITY, et al.,<br><br>            Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**PLAINTIFFS' NOTICE OF CLARIFICATION THAT PLAINTIFF A.G.S. IS NO LONGER A MINOR AND CLARIFICATION OF J.G.M.'S DATE OF BIRTH** |

**TO THE HONORABLE COURT:**

Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew G. Silva (formerly identified as "A.G.S."), and J.G.M., by and through his Guardian ad Litem, Adriana Medina, hereby respond to this Court's Order requesting supplemental briefing to explain whether this Court must approve Plaintiff A.G.S.'s (Andrew G. Silva) share of settlement and fees.  Plaintiffs submit that the answer is no and hereby provide clarification on this issue.

This lawsuit was initially filed on or around January 31, 2023.  At that time, Plaintiff Andrew G. Silva was a minor, and he was therefore identified as "A.G.S." in the lawsuit.  Plaintiffs hereby provide clarification of the correct birth dates for the two Plaintiffs initially identified as being minor Plaintiffs: (1) Andrew G. Silva was

born on March 13, 2005, making him nineteen years of age at the time of the settlement of his claims on or around May 1, 2024.  (2) J.G.M. was born on October 18, 2011[1], making him 12 years of age at the time of the settlement of his claims. After Plaintiff Andrew G. Silva turned 18, he signed a new retainer agreement with Plaintiffs' counsel.  Plaintiffs' counsel apologizes to this Court for the confusion surrounding this issue.

District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors. *See Robidoux v. Rosengren*, 638 F.3d 1177, 1179 (9th Cir. 2011).  This duty does not apply to a plaintiff who was no longer a minor at the time of the settlement of his claims. Therefore, this Court is not required to determine whether the net amount to the adult plaintiffs in this case, including Andrew Silva, is fair and reasonable.  Nonetheless, it is proposed that the settlement sum and case costs shall be divided equally among the four Plaintiffs.  (*See* Dkt. 57).

Accordingly, Plaintiffs respectfully request that this Court grant their unopposed ex parte application for approval of the compromise of Plaintiff J.G.M.'s claims and also respectfully request that this Court allow this filing to supplement the record to reflect the correct birth dates for J.G.M. and Andrew G. Silva.

Respectfully submitted,

DATED: August 5, 2024              LAW OFFICES OF DALE K. GALIPO

By:  *s/ Renee V. Masongsong*
     Dale K. Galipo
     Renee V. Masongsong
     Attorneys for Plaintiffs

---

[1] The birth date for J.G.M. provided in Plaintiffs' minor's compromise petition (Dkt. 57) at p. 4, lines 24-25 is incorrect.  The correct birth date for J.G.M. is October 18, 2011.