LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF CULVER CITY, et al.,<br><br>   Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR AN AMENDED ORDER SETTING FORTH THE SPECIFIC PAYMENT SCHEDULE RE: J.G.M.'S STRUCTURED SETTLEMENT ANNUITY**<br><br>[Declaration of Renee V. Masongsong and Exhibit thereto, and Proposed Amended Order *filed concurrently herewith*] |

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

COME NOW Adriana Christine Medina, Victoria Lynn Silva, Andrew Silva (formerly identified as "A.G.S."), and J.G.M., by and through his guardian *ad litem*, Adriana Medina, ("Plaintiffs"), and hereby respectfully submit this unopposed ex parte application for an amended order that specifically sets forth the payments to be made from J.G.M.'s structured settlement account. Plaintiffs bring this ex parte application because this Court's August 9, 2024, Order re: Approval of Minor J.G.M.'s Claims (Dkt. 63) resulted in a higher net amount to J.G.M., which increased some of the lump sum payments from the annuity. The annuity company requires a court order listing the specific amount and date of each payment to J.G.M. from the annuity. Therefore, Plaintiffs are filing the instant ex parte application requesting that this Court issue the amended proposed order filed concurrently herewith.

Plaintiffs make this application pursuant to Central District Local Rule 7-19. The grounds for this application are set forth in the Memorandum of Points and Authorities, which follows below, and the Declaration of Renee V. Masongsong, which is submitted concurrently herewith. Prior to filing this *ex parte* application, on August 23, 2024, Plaintiffs' counsel contacted Defendants' counsel in compliance with Local Rule 7-19 through 7-19.1. Defendants are represented by:

Scott J. Carpenter, Esq.
Steven J. Rothans, Esq.
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
(213) 228-0400

Defendants' counsel does not oppose the filing of this application on an *ex parte* basis, nor do Defendants or their counsel oppose the proposed (revised) distribution of the settlement funds. (Declaration of Renee V. Masongsong filed concurrently herewith at ¶ ¶ 2-4). Plaintiffs seek approval of the minor's

1    compromise on an *ex parte* basis because the interest rates for the annuity will

2    expire if this matter is heard as a regularly-noticed motion.  (Masongsong Decl. at ¶

3    5).

4

5

6    DATED:   August 27, 2024          LAW OFFICES OF DALE K. GALIPO

7

8                                By:  _____*s/ Renee V. Masongsong*_____

                                      Dale K. Galipo

9                                     Renee V. Masongsong

10                                    *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR AN AMENDED ORDER SETTING FORTH THE
SPECIFIC PAYMENT SCHEDULE RE: J.G.M.'S STRUCTURED SETTLEMENT ACCOUNT

**PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR AN AMENDED ORDER SETTING FORTH THE SPECIFIC PAYMENT SCHEDULE RE: J.G.M.'S STRUCTURED SETTLEMENT ACCOUNT**

Plaintiffs respectfully request that this Honorable Court enter the amended proposed order filed concurrently herewith for the reasons set forth below.  On June 14, 2024, Plaintiffs filed an unopposed ex parte application for approval of the compromise of the claims of minor plaintiff J.G.M. ("Petition" at Dkt. 57).  The Petition explained that the gross amount of the settlement is $4,500,000, and the gross share of these proceeds apportioned for minor plaintiff J.G.M. and his attorneys is $1,125,000.  Plaintiffs' Petition requested a 40% contingency attorney fee and reimbursement of advanced litigation costs shared equally among the four Plaintiffs, which would result in a net amount of $672,503.86 to J.G.M.  In their Petition, Plaintiffs requested that this amount be used to fund a structured settlement annuity for minor J.G.M.

On August 9, 2024, this Court issued an order (Dkt. 63) approving the settlement of minor J.G.M.'s action against Defendants in the net amount of $843,750.  This Court specifically ordered that Defendants will purchase a structured annuity for the minor Plaintiff J.G.M. in the amount of $843,750 from Pacific Life & Annuity Services, Inc., which will provide periodic payments to be made by Pacific Life Insurance Company.  (Dkt. 63 at pages 4-5).  Subsequently, Plaintiffs' structured settlement broker re-quoted and revised J.G.M.'s annuity to this new, higher amount.  Doing so increased some of the lump sum payments to J.G.M. from the annuity.  (Masongsong Decl. at ¶ 10).

Pacific Life now requires an amended court order that sets forth the new structured settlement annuity and payment schedule.  (Masongsong Decl. at ¶ 11).  Attached as "Exhibit 1" to the Declaration of Renee V. Masongsong, filed concurrently herewith, is the new structured settlement annuity, which provides the revised payment amounts.  Plaintiffs respectfully request that this Court enter the

-4-

amended proposed order, also filed concurrently herewith, which incorporates the new structured settlement annuity based on the revised amount of $843,750. Good cause exists for this Court to grant Plaintiffs' instant request because this Request comports with this Court's Order revising the net amount to J.G.M. and because Pacific Life is unable to fund J.G.M.'s annuity without the requested amended order. The check to fund the structured settlement annuity shall be made payable to "Pacific Life & Annuity Services, Inc." and shall be delivered to "Structure Consultant Baldwin Settlements" at the following address: 24265 Juanita Dr., Laguna Niguel, CA 92677.

DATED:   August 27, 2024              LAW OFFICES OF DALE K. GALIPO

                              By:   _____
                                          *s/ Renee V. Masongsong*
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    *Attorneys for Plaintiffs*