LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR AN AMENDED ORDER SETTING FORTH THE SPECIFIC PAYMENT SCHEDULE RE: J.G.M.'S STRUCTURED SETTLEMENT ANNUITY** |

## DECLARATION OF RENEE V. MASONGSONG

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' Ex Parte Application for an Amended Order Setting Forth the Specific Payment Schedule re: J.G.M.'s Structured Settlement Annuity.

-1-

2. Defendants are represented by Scott J. Carpenter, Esq., and Steven J. Rothans, Esq., of CARPENTER, ROTHANS & DUMONT LLP, at 500 S. Grand Avenue, Suite 1900, Los Angeles, CA 90071, (213) 228-0400.

3. I emailed Defendants' counsel a copy of this ex parte application and accompanying documents on August 23, 2024.

4. Defendants' counsel does not oppose the filing of this application on an *ex parte* basis, nor do Defendants or their counsel oppose the proposed (revised) distribution of the settlement funds.

5. Plaintiffs seek approval of the minor's compromise on an *ex parte* basis because the interest rates for the annuity will expire if this matter is heard as a regularly-noticed motion.

6. The settlement agreement obligates Defendants to pay to Plaintiffs and their attorneys $4,500,000.

7. The nature of Plaintiff J.G.M.'s claims in this lawsuit is set forth in the operative complaint filed in this action. Plaintiffs have agreed to settle their claims without a trial on the merits.

8. Plaintiff J.G.M. is the only minor plaintiff in this case. Plaintiff Andrew Silva is no longer a minor.

9. Plaintiff J.G.M.'s damages in this case arise from (1) the injuries suffered by his father, Guillermo Medina (the decedent), for which Plaintiff J.G.M. can recover survival damages as a successor in interest (survival damages); and (2) Plaintiff J.G.M.'s individual loss of the decedent's comfort, care, companionship, training, support, and guidance (wrongful death damages).

10. On August 9, 2024, this Court issued an order (Dkt. 63) approving the settlement of minor J.G.M.'s action against Defendants in the net amount of $843,750. This Court specifically ordered that Defendants will purchase a structured annuity for the minor Plaintiff J.G.M. in the amount of $843,750 from Pacific Life & Annuity Services, Inc., which will provide periodic payments to be

made by Pacific Life Insurance Company. (Dkt. 63 at pages 4-5). Subsequently, Plaintiffs' structured settlement broker re-quoted and revised J.G.M.'s annuity to this new, higher amount. Doing so increased some of the lump sum payments to J.G.M. from the annuity.

11. Pacific Life now requires an amended court order that sets forth the new structured settlement annuity and payment schedule, which is as follows:

 a. $75,000 lump sum payment on 10/18/2029;
 b. $75,000 lump sum payment on 10/18/2031;
 c. $100,000 lump sum payment on 10/18/2033;
 d. $120,000 lump sum payment on 10/18/2035;
 e. $265,000 lump sum payment on 10/18/2037;
 f. $932,008 lump sum payment on 10/18/2039.

12. Attached as "Exhibit 1" to this Declaration is the new proposed structured settlement annuity. Plaintiffs therefore request that this Court enter the amended order filed concurrently herewith.

13. The check to fund the structured settlement annuity shall be made payable to "Pacific Life & Annuity Services, Inc." and shall be delivered to "Structure Consultant Baldwin Settlements" at the following address: 24265 Juanita Dr., Laguna Niguel, CA 92677.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 27th day of August, 2024 at Woodland Hills, California.

*s/ Renee V. Masongsong*
Renee V. Masongsong