1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

ADRIANA CHRISTINE MEDINA, et al.

13

Plaintiffs,

14

v.

15

16

CITY OF CULVER CITY, et al.,

17

Defendants.

18

19

Case No.: 2:23-cv-00704-WLH-AS

*Assigned to*:
Hon. District Judge Wesley L. Hsu
Hon. Magistrate Judge Alka Sagar

**[PROPOSED] AMENDED ORDER RE: MINOR PLAINTIFF J.G.M.'S STRUCTURED SETTLEMENT ANNUITY**

20
21
22
23
24
25
26
27
28

-1-

# **[PROPOSED] ORDER**

This Court hereby makes the following orders:

1.    As set forth in this Court's prior Order (Dkt. 63), the settlement of minor J.G.M.'s action against the Defendants in the net amount of $843,750 is approved.

2.    Also as set forth in this Court's prior Order (Dkt. 63), Defendants will purchase a structured annuity for the minor Plaintiff J.G.M. in the amount of $843,750 from Pacific Life & Annuity Services, Inc. (hereinafter referred to as "Assignee(s)") which will provide periodic payments to be made by Pacific Life Insurance Company (hereinafter referred to as "Annuity Carrier(s)") rated A+ Class XV by A.M. Best Company.

3.    Annuity Carrier(s) shall provide periodic payments in accordance with "Exhibit 1" to the Declaration of Renee V. Masongsong and as set forth as follows:

      a)  $75,000 lump sum payment on 10/18/2029;

      b)  $75,000 lump sum payment on 10/18/2031;

      c)  $100,000 lump sum payment on 10/18/2033;

      d)  $120,000 lump sum payment on 10/18/2035;

      e)  $265,000 lump sum payment on 10/18/2037;

      f)  $932,008 lump sum payment on 10/18/2039.

3.    All sums and periodic payments set forth in the section entitled Payments constitute damages on account of personal injuries or illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

4.    Disbursement drafts will be made payable to and will begin being issued directly to J.G.M. upon reaching the age of maturity according to the payment schedule as set forth above and in "Exhibit 1" to the Declaration of Renee V. Masongsong filed concurrently herewith.

5.     Defendants will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee(s), of the Defendants' liability to make the periodic payments as described above and in "Exhibit 1" to the Declaration of Renee V. Masongsong. Such assignment, when made, shall be accepted by Plaintiff J.G.M. without right of rejection and shall completely release and discharge Defendants from such obligations hereunder as are assigned to Assignee(s).

6.     Defendants and/or Assignee(s) shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier(s).

7.     The Assignee(s) shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

8.     The Assignee(s) may have Annuity Carrier(s) mail payments directly to J.G.M. as set forth above.  Adriana Medina (until Plaintiff J.G.M. reaches the age of majority) and then J.G.M. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee(s).

9.     The check to fund the structured settlement annuity for J.G.M. shall be made payable to "Pacific Life & Annuity Services, Inc." and shall be delivered to "Structure Consultant Baldwin Settlements" at the following address: 24265 Juanita Dr., Laguna Niguel, CA 92677.

/ / /

/ / /

/ / /

9.     The balance of the $4,500,000 settlement ($3,656,250) shall be made payable to "Law Officers of Dale K. Galipo, Client Trust Account."

**IT IS SO ORDERED.**

Dated: _____, 2024                    _____
                                            Honorable Wesley L. Hsu
                                            United States District Court
                                            Central District of California