Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**RESPONSE TO ORDER TO SHOW CAUSE; JOINT STIPULATION AND REQUEST TO CONTINUE THE LAST DAY TO DISMISS THE CASE BY 30 DAYS**<br><br>([Proposed Order] *filed concurrently herewith*) |

**TO THE HONORABLE COURT:**

Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew Silva, and J.G.M., by and through his Guardian ad Litem, Adriana Medina, and Defendants City of Culver City, Chief Manuel Cid, and Officer Adam Rios ("the Parties"), hereby submit the following joint status report and request regarding the settlement and dismissal of this matter.

1. On May 8, 2024, the Parties filed a notice of settlement and request to vacate all dates. (Dkt. No. 55).

2. On August 5, 2024, this Court issued an Order to Show Cause re Dismissal directing the parties to file a dismissal by September 20, 2024, or appear on September 27, 2024. (Dkt. No. 62).

3. On August 9, 2024, this Court issued an order (Dkt. No. 63) approving the settlement of minor J.G.M.'s action, with modifications.

4. On or around August 23, 2024, Plaintiffs executed the long form settlement agreement and release. The Parties agree that the above-referenced action shall be dismissed after Plaintiffs have received the settlement funds and the funds have cleared the financial institution. The settlement funds have not yet been delivered.

5. On September 13, 2024, this Court issued an order approving Plaintiffs' request for an amended order on the minor's compromise petition. (Dkt. No. 66).

6. Defendants have indicated that they expect the settlement funds to be delivered to Plaintiffs and their counsel, and the annuity for J.G.M. to be funded, within the next few weeks.

7. Therefore, the Parties jointly request that this Court continue the last day to dismiss the case by thirty (30) days, to allow Plaintiffs to receive and deposit the settlement funds.

/ / /

8. The Parties agree to file a stipulation for dismissal within seven (7) days of Plaintiffs' receipt of the settlement funds.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 20, 2024    CARPENTER, ROTHANS & DUMONT LLP

By: */s/ Scott J. Carpenter*
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants CITY OF CULVER CITY, a public entity, and CHIEF MANUEL CID, and OFFICER ADAM RIOS, public employees

DATED: September 20, 2024    LAW OFFICES OF DALE K. GALIPO

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong[1]
Attorneys for Plaintiffs

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.