**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**[PROPOSED] ORDER CONTINUING THE LAST DAY TO DISMISS THE CASE BY 30 DAYS** |

Having reviewed the Parties' OSC Response and Request to Continue the Last Day to Dismiss the Case by 30 Days, and GOOD CAUSE appearing therein, it is hereby ordered as follows:

1. The last day to file a stipulation to dismiss this case is continued to October 18, 2024.
2. The Parties shall file a stipulation for dismissal within seven (7) days of Plaintiffs' receipt of the settlement funds.

IT IS SO ORDERED.

DATED:                                         UNITED STATES DISTRICT COURT

                                               _____
                                               HON. WESLEY L. HSU