Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO CONTINUE THE LAST DAY TO DISMISS THE CASE BY 21 DAYS**<br><br>([Proposed Order] *filed concurrently herewith*) |

**TO THE HONORABLE COURT:**

Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew Silva, and J.G.M., by and through his Guardian ad Litem, Adriana Medina hereby submit the following response to the OSC and request regarding the settlement and dismissal of this matter.

1. On May 8, 2024, the Parties filed a notice of settlement and request to vacate all dates. (Dkt. No. 55).

2. On September 27, 2024, the check for the minor's annuity was received by

1. Plaintiffs' settlement broker.
2. On October 16, 2024, the settlement check was received by Plaintiffs' counsel.
3. Plaintiffs' counsel anticipates that the check received on October 16, 2024, will take approximately ten business days to clear the bank.
4. The Parties have agreed that the above-referenced action shall be dismissed after Plaintiffs have received the settlement funds and the funds have cleared the financial institution.
5. Therefore, the Parties jointly request that this Court continue the last day to dismiss the case by twenty-one (21) days, from October 11, 2024, to November 1, 2024, to allow the settlement check to clear the bank.
6. The Parties shall file the stipulation to dismiss the case promptly after the settlement check has cleared the bank and anticipate filing the stipulation to dismiss earlier than November 1, 2024.

Respectfully submitted,

DATED: October 16, 2024         LAW OFFICES OF DALE K. GALIPO

                                By:  *s/ Renee V. Masongsong*
                                     Dale K. Galipo
                                     Renee V. Masongsong
                                     Attorneys for Plaintiffs