1  Dale K. Galipo (SBN 144074)
   dalekgalipo@yahoo.com
2  Renee V. Masongsong (SBN 281819)
   rvalentine@galipolaw.com
3  **LAW OFFICES OF DALE K. GALIPO**
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>*Assigned to*:<br>Hon. District Judge Wesley L. Hsu<br>Hon. Magistrate Judge Alka Sagar<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>([Proposed Order] *filed concurrently herewith*) |

**TO THE HONORABLE COURT:**

   IT IS HEREBY STIPULATED by and between Plaintiffs Adriana Christine Medina, Victoria Lynn Silva, Andrew Silva, and J.G.M., by and through his Guardian ad Litem, Adriana Medina; and Defendants City of Culver City, Adam Rios, and Manuel Cid, by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and

1  respectfully request that the Court vacate all currently scheduled dates and deadlines
2  in this action.

3

4          IT IS SO STIPULATED.

5

6  DATED: November 4, 2024            LAW OFFICES OF DALE K. GALIPO

7
                                      By:  *s/ Renee V. Masongsong*
8                                         Dale K. Galipo
9                                         Renee V. Masongsong
                                          Attorneys for Plaintiffs
10

11 DATED: November 4, 2024            CARPENTER, ROTHANS & DUMONT LLP
12

13                                    By:  */s/ Scott J. Carpenter*
14                                        STEVEN J. ROTHANS
                                          SCOTT J. CARPENTER
15                                        Attorneys for Defendants CITY OF
16                                        CULVER CITY, a public entity, and
                                          CHIEF MANUEL CID, and OFFICER
17                                        ADAM RIOS, public employees

18
19
20
21
22
23
24
25
26
27
28