JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHRISTINE MEDINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CULVER CITY, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00704-WLH-AS<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL [73]** |

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties (Doc. 40), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter. Accordingly, the Clerk of the Court is respectfully directed to close this case, and all scheduled dates and deadlines are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: 11/6/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1